**This order is SIGNED.**

**Dated: February 19, 2020**



**R. KIMBALL MOSIER
U.S. Bankruptcy Judge**



*rdr*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH

| In re:<br><br>PATRICK B. BROWNE, III,<br><br>Debtor. | Bankruptcy Number: 19-28356<br><br>Chapter 7<br><br>Hon. R. Kimball Mosier |
|---|---|

### ORDER DENYING MOTION TO VACATE DISMISSAL

Patrick B. Browne, III, the debtor in the above-captioned case, filed a Motion to Vacate Dismissal. The Debtor's case had been dismissed because the Debtor did not comply with the Court's Order Denying Waiver of Filing Fees. The Court conducted a hearing on the Debtor's motion on February 19, 2020. The Debtor failed to appear, and no other parties appeared. Based on the Court's findings and conclusions made on the record, which are incorporated herein by reference, the Court hereby **ORDERS:**

1. The Debtor's motion is **DENIED.**

_____END OF DOCUMENT_____

_____ooo0ooo_____

## DESIGNATION OF PARTIES TO RECEIVE NOTICE

Service of the foregoing **ORDER DENYING MOTION TO VACATE DISMISSAL** shall be served to the parties and in the manner designated below.

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users:

| | |
|---|---|
| Elizabeth R. Loveridge | eloveridge@strongandhanni.com, rchristensen@strongandhanni.com, eloveridge@ecf.axosfs.com |
| U.S. Trustee | USTPRegion19.SK.ECF@usdoj.gov |

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

- All parties on the Court's official case matrix not receiving CM/ECF notice.